UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/7/2021__

JIMMEY EKPE,

Plaintiff,

-against-

THE CITY OF NEW YORK, THE
DEPARTMENT FOR THE AGING, CARYN
RESNICK, SAL RULLAN, KAMLESH
PATEL, JACK RIZZO, JOHN DOE(S) and
JANE DOE(S)(names currently unknown) each
in his/her official and individual capacities,

Defendants.

20 Civ. 9143 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of the parties' letters dated June 18 and 21, and July 1 and 5, 2021. ECF Nos. 40, 41, 45, 47. Accordingly:

1. Defendants' request to waive the pre-motion letter requirement is DENIED;
2. Defendants' request to withdraw the motion to dismiss filed at ECF No. 29 is GRANTED; and
3. Defendants' request for an extension of time to oppose Plaintiff's motion to consolidate is GRANTED. By **August 9, 2021**, Defendants shall file their opposition papers. By **August 23, 2021**, Plaintiff shall file her reply, if any.

The Clerk of Court is directed to terminate the motions at ECF Nos. 29 and 47.

SO ORDERED.

Dated: July 7, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge