USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/30/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY EKPE,

                Plaintiff,

-against-

THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and JANE DOE(S)(names currently unknown) each in his/her official and individual capacities,

                Defendants.

20 Civ. 9143 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's letter dated July 2, 2021, seeking leave to move to join additional parties. ECF No. 46. Plaintiff's request to move to join Eddy Toussaint and Marlena Latif as plaintiffs is DENIED as duplicative of Plaintiff's pending motion to consolidate this action with the pending cases filed by those individuals. *See* ECF No. 42. Plaintiff's request to move to join Michael Bosnick as a defendant in this matter is GRANTED. Accordingly:

1. By **October 28, 2021**, Plaintiff shall file his motion for joinder;
2. By **November 12, 2021**, Defendants shall file their response papers;
3. By **November 19, 2021**, Plaintiff shall file his reply, if any.

The Clerk of Court is directed to terminate the motion at ECF No. 46.

SO ORDERED.

Dated: September 30, 2021
       New York, New York

ANALISA TORRES
United States District Judge