UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/11/2022___

| | |
|---|---|
| MARLENA LATIF,<br><br>      Plaintiff,<br><br> -against-<br><br>THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and JANE DOE(S)(names currently unknown) each in his/her official and individual capacities,<br><br>      Defendants. | 20 Civ. 8248 (AT) |
| JIMMY EKPE,<br><br>      Plaintiff,<br><br> -against-<br><br>THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN DOE(S) and JANE DOE(S)(names currently unknown) each in his/her official and individual capacities,<br><br>Defendants. | 20 Civ. 9143 (AT) |
| EDDY TOUSSAINT,<br><br>      Plaintiff,<br><br> -against-<br><br>CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING, CARYN RESNICK, SAL RULLAN, JACK RIZZO, JOHN DOE(S) and JANE DOE(S) (names currently unknown), each in his/her official and individual capacities,<br><br>      Defendants. | 19 Civ. 1239 |

ANALISA TORRES, District Judge:

The Court shall hold a status conference on **January 27, 2022**, at **10:00 a.m.**, on the request from Plaintiffs' counsel, Zachary Gaynor, to withdraw as counsel of record in the above-captioned cases.  The hearing shall proceed via the Court's videoconferencing system, and Chambers will provide the parties with information on how to appear.  Mr. Gaynor is responsible for ensuring his clients' appearance at the conference.  Given that this discussion is likely to touch on privileged issues, counsel for Defendant, the City of New York, **should not attend**.

SO ORDERED.

Dated: January 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge