**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JIMMY EKPE,

                        Plaintiff,

    -against-                                            20 **CIVIL** 9143 (AT)

                                                                  **JUDGMENT**

THE CITY OF NEW YORK, THE DEPARTMENT
FOR THE AGING, CARYN RESNICK, SAL
RULLAN, KAMLESH PATEL, JACK RIZZO, JOHN
DOE(S) (names currently unknown) each in his/her
Official and individual capacities,

                       Defendants.
-----------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 12, 2024, Defendants' motion to dismiss is GRANTED as to Ekpe's federal claims, and Ekpe's state and local claims are DISMISSED without prejudice to renewal in state court; accordingly, the case is closed.

**Dated:**  New York, New York

       April 15, 2024

                                                              **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                           **BY:**       *K. Mango*

                                                                **Deputy Clerk**